# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

| | |
|---|---|
| MDL No. 2187 \| In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation ☐ | MDL No. 2325 \| In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation ☐ |
| MDL No. 2326 \| In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation ☐ | MDL No. 2327 \| In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation ☑ |
| MDL No. 2387 \| In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation ☐ | MDL No. 2440 \| In Re Cook Medical, Inc., Pelvic Repair System Products Liability Litigation ☐ |
| MDL No. 2511 \| In Re Neomedic Pelvic Repair System Products Liability Litigation ☐ | |

**Civil Action Number (SDWV):** 2:14-cv-25515

(To be filed electronically in each member case noted. DO NOT FILE IN MAIN MDL CASE.)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One: ☐ Plaintiff Counsel   ☑ Defense Counsel   ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Thomas | David | B. | |

**Bar Number and State:** 3731 WV

**E-Mail Address:** dthomas@tcspllc.com

**Party Representing:** Ethicon, Inc. and Johnson & Johnson

**Originating Case Number:** 2:14-cv-25515   **Originating District:** WV

**Originating Short-Case Style:** Portilla v. Ethicon, Inc., et al.

**Direct Dial Number:** (304) 414-1807   **Cell Phone Number:**

**Secretary Name:** Vicki R. Wolfe   **Paralegal Name:** Robyn C. Davis

## LAW FIRM INFORMATION

**Firm Name:** Thomas Combs & Spann, PLLC

**Address:** P.O. Box 3824

**City:** Charleston   **State:** WV   **Zip:** 25338

**Firm Phone Number:** (304) 414-1800

**Firm Fax Number:** (304) 414-1801

**Other members of firm involved in this litigation:** Philip J. Combs and Susan M. Robinson

09/17/14   s/ David B. Thomas

Date   Electronic Signature

Rev. 02/14